IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY SUMNER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KROGER CO.,<br><br>　　　　Defendant. | Case No. 22-CV-01950 |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated June 12, 2023 (Doc. 21), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　DATED:　June 13, 2023

　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　s/ *Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
　　　　　　　STEPHEN P. MCGLYNN
　　　　　　　U.S. District Judge